# NO. 12-10-00358-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***PELTIER ENTERPRISES,  INC.*** <br> ***d/b/a PELTIER NISSAN,*** <br> ***APPELLANTS*** | § | ***APPEAL FROM THE*** |
| ***V.*** | § | ***COUNTY COURT AT LAW*** |
| ***LISA SANDERS,*** <br> ***APPELLEE*** | § | ***SMITH COUNTY, TEXAS*** |

## *MEMORANDUM OPINION*
## *PER CURIAM*

On October 26, 2010, Appellant Peltier Enterprises, Inc. filed a notice of appeal complaining of the trial court's order signed on August 5, 2010 granting a motion for nonsuit filed by Appellee Lisa Sanders.  After requesting and receiving briefing from both parties, we concluded that the order is not final.  We concluded further that the order will not be final until the trial court rules on Peltier's pending motion for sanctions.

On December 17, 2010, this court notified Peltier, pursuant to Texas Rules of Appellate Procedure 37.1 and 42.3, that the information received in this appeal does not contain a final judgment or other appealable order.  Peltier was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before January 17, 2011, to show the jurisdiction of this court.  The deadline for amendment has passed, and the information in the appeal has not been amended to show the jurisdiction of this court. Accordingly, the appeal is ***dismissed for want of jurisdiction.***  *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered January 26, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)